UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

  Plaintiff,

v.  Case No. 06-CR-0332

DONALD R. YOUNG,

  Defendant, and

ARANDEL CORPORATION,

  Garnishee-Defendant.

AGREED FINAL ORDER IN GARNISHMENT

  Upon consideration of the parties' stipulation for Final Order in Garnishment, by which the defendant and garnishee-defendant stipulate to a garnishment of the defendant's wages, and waive their right to a hearing, as to the garnishment,

  IT IS HEREBY ORDERED, that the garnishee-defendant shall pay to the plaintiff $40 per month of the debtor's earnings, by sending a check or money order made payable to the Clerk, U.S. District Court and mailing the check or money order to the Clerk, U.S. District Court, 517 East Wisconsin Avenue, Room 362 Federal Building, Milwaukee, WI 53202. Payments shall continue until such time as the entire debt in this matter is paid in full or upon further order of this Court.

  SO ORDERED this 16th day of December, 2016.

            s/ William C. Griesbach
            WILLIAM C. GRIESBACH
            Chief, U.S. District Court Judge